UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMY JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:11-cv-05168-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and without opposition from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 3, 2011, to file their responsive brief;
- Plaintiff shall have up to and including August 17, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by August 24, 2011.

DATED this 5th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1　　ORDER - [3:11-cv-05168-BHS-JRC]